■ In the Matter of James L. Summers, Respondent, v Abigail Faust, Sued Herein as Abigale Faust, Appellant. ■

An order directing a judicial hearing to aid in the disposition of a motion does not affect a substantial right (*see,* CPLR 5701 [a] [2] [v]), and is therefore not appealable as of right (*see, Perez v Perez,* 100 AD2d 962; *Warner v Warner,* 88 AD2d 639; *Sklarin v Sklarin,* 86 AD2d 606; *Bagdy v Progresso Foods Corp.,* 86 AD2d 589). The issue of counsel fees is inextricably intertwined with the merits of that branch of the motion which was to dismiss the father's petition (*see,* Domestic Relations Law § 75-h [7]; § 75-i [3]) and cannot be determined until after the hearing. The instant appeal is therefore dismissed. Any party aggrieved by the order entered subsequent to the hearing may take an appeal (*Perez v Perez, supra; Sklarin v Sklarin, supra*). Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.